*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*





★ ★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-12-00266-CV

In the **ESTATE OF** Louis **GANTZ**, Deceased

From the County Court, Guadalupe County, Texas
Trial Court No. 2010-PC-0126
Honorable Linda Z. Jones, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
              Karen Angelini, Justice
              Marialyn Barnard, Justice

Delivered and Filed:  October 3, 2012

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

Appellants filed a motion to dismiss this appeal. We grant the motion. *See* TEX. R. APP. P. 42.1(a)(1). We order all costs assessed against appellants. *See* TEX. R. APP. P. 42.1(d)(absent agreement of parties, costs are taxed against appellant).

PER CURIAM